UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  12-CV-61076-Zloch

SECURITIES AND )
EXCHANGE COMMISSION, )
 )
       Plaintiff, )
v. )
 )
DOUGLAS D. HAGUE, and )
CLEAN COAL TECHNOLOGIES, INC., )
 )
       Defendants. )
 )

**PLAINTIFF'S NOTICE OF FILING CONSENT OF DEFENDANT
CLEAN COAL TECHNOLOGIES, INC., AND MOTION FOR ENTRY
OF FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF**

Plaintiff Securities and Exchange Commission files the attached Consent of Defendant Clean Coal Technologies, Inc. to entry of a Final Judgment of Permanent Injunction and Other Relief.  The Commission respectfully requests entry of the attached proposed Final Judgment.

November 21, 2012                  Respectfully submitted,

                By:    s/ Edward D. McCutcheon
                           Edward D. McCutcheon
                           Senior Trial Counsel
                           Florida Bar Number 683841
                           Direct Dial:  (305) 982-6380
                           Facsimile: (305) 536-4154
                           E-mail: mccutcheone@sec.gov
                           *Lead Counsel*

                           Attorney for Plaintiff
                           SECURITIES AND EXCHANGE
                           COMMISSION
                           801 Brickell Avenue, Suite 1800
                           Miami, Florida  33131
                           Telephone: (305) 982-6300
                           Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>s/ Edward D. McCutcheon
>Edward D. McCutcheon

## SERVICE LIST

**By CM-ECF**

Norman A. Bloch, Esq.
Emily J. Mathieu, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Fl.
New York, NY 10017
Office Tel.: 212.908.3963
Fax: 212.344.6101
Email: Norman.Bloch@ThomsonHine.com
Emily.Mathieu@ThompsonHine.com

Jonathan H. Rosenthal, Esq.
Malman, Malman & Rosenthal
3107 Stirling Road, Ste. 101
Fort Lauderdale, Florida 33312-8500
Tel. 954-322-0065
Fax. 954-322-0064
Email: jrosenthal@bellsouth.net

*Counsel for Defendant Clean Coal Technologies, Inc.*

Jan Douglas Atlas, Esq.
KOPELOWITZ OSTROW
Ferguson Weiselberg Keechl
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Direct: (954) 332-4201
Facsimile: (954) 525-4300
E-mail: atlas@kolawyers.com
Website: www.kolawyers.com

*Counsel for Defendant Douglas Hague*