```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 12-61076-CIV-ZLOCH
```

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,        **CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT CLEAN COAL TECHNOLOGIES, INC.**

vs.

DOUGLAS D. HAGUE and CLEAN
COAL TECHNOLOGIES, INC.,

        Defendant.
_____/

THIS MATTER is before the Court upon the Plaintiff's Notice Of Filing Consent Of Defendant Clean Coal Technologies, Inc. And Motion For Entry Of Final Judgment Of Permanent Injunction And Other Relief (DE 29) filed herein by Plaintiff Securities and Exchange Commission and Defendant Clean Coal Technologies, Inc. The Court has carefully reviewed said Notice and Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Notice Of Filing Consent Of Defendant Clean Coal Technologies, Inc. And Motion For Entry Of Final Judgment Of Permanent Injunction And Other Relief (DE 29) be and the same is hereby **GRANTED;**

2. The Final Judgment Of Permanent Injunction And Other Relief

As To Defendant Clean Coal Technologies, Inc. (DE 29-2) be and the same is hereby approved, adopted and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED** as to Defendant Clean Coal Technologies, Inc.;

    4. To the extent not otherwise disposed of herein, all pending motions as to Defendant Clean Coal Technologies, Inc. are hereby **DENIED** as moot; and

    5. The Court retains jurisdiction for the purpose of enforcing the terms of this Final Judgment (DE 29-2).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   10th   day of December, 2012.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record