UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-61076-ZLOCH

SECURITIES AND )
EXCHANGE COMMISSION, )
 )
       Plaintiff, )
v. )
 )
DOUGLAS D. HAGUE, and )
CLEAN COAL TECHNOLOGIES, INC., )
 )
       Defendants. )
                                      )

**JOINT NOTICE OF VOLUNTARY DISMISSAL OF THE COMMISSION'S CLAIM
FOR DISGORGEMENT AND PREJUDGMENT INTEREST THEREON AGAINST
<u>DEFENDANT CLEAN COAL TECHNOLOGIES, INC.</u>**

In connection with the consent and Final Judgment entered against Defendant Clean Coal Technologies, Inc. (DE 29-2 and DE 30), Plaintiff Securities and Exchange Commission and Defendant Clean Coal, pursuant to Rule 41(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Notice of Voluntary Dismissal with prejudice as to the Commission's claim for disgorgement and prejudgment interest thereon against Clean Coal Technologies. This resolves the Commission's case against Clean Coal in its entirety.

September 2, 2014                                     Respectfully submitted,

                                                         By: <u>s/ Christopher E. Martin</u>
                                                              Christopher E. Martin
                                                               Senior Trial Counsel
                                                               S.D. Fla. Bar # A5500747
                                                               Telephone: (305) 982-6386
                                                               Facsimile: (305) 536-4154
                                                               E-mail: <u>martinc@sec.gov</u>

                                                               Attorney for Plaintiff
                                                               **SECURITIES AND EXCHANGE
                                                               COMMISSION**

        801 Brickell Avenue, Suite 1800
        Miami, Florida  33131
        Telephone: (305) 982-6386
        Facsimile:  (305) 536-4154

By:  s/ Norman A. Bloch
      Norman A. Bloch, Esq.
      N.Y. Bar # 1250752
      Thompson Hine LLP
      335 Madison Avenue,
      12th Floor
      New York, NY 10017
      Office Tel.: 212.344.5680
      Fax: 212.344.6101
      Email: Norman.Bloch@ThomsonHine.com

Attorney for Defendant Clean Coal Technologies, Inc.

Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 2, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      s/ Christopher E. Martin
      Christopher E. Martin, Esq.

## SERVICE LIST

**Service by CM-ECF**

Norman A. Bloch, Esq.
Emily J. Mathieu, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Fl.
New York, NY 10017
Office Tel.: 212.908.3963
Fax: 212.344.6101
Email: Norman.Bloch@ThompsonHine.com
Emily.Mathieu@ThompsonHine.com

Jonathan H. Rosenthal, Esq.
Malman, Malman & Rosenthal
3107 Stirling Road, Ste. 101
Fort Lauderdale, Florida 33312-8500
Tel. 954-322-0065
Fax. 954-322-0064
Email: jrosenthal@bellsouth.net

*Counsel for Defendant Clean Coal Technologies, Inc.*

Jan Douglas Atlas, Esq.
KOPELOWITZ OSTROW
Ferguson Weiselberg Keechl
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Direct: (954) 332-4201
Facsimile: (954) 525-4300
E-mail: atlas@kolawyers.com
Website: www.kolawyers.com
*Counsel for Defendant Douglas Hague*